USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3/30/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
STEPHEN P. LOPEZ, Individually and on behalf of others similarly situated,

Plaintiff,

-against-

CTPARTNERS EXECUTIVE SEARCH INC., BRIAN M. SULLIVAN, and WILLIAM KENEALLY,

Defendants.
---------------------------------------------------------X

15 CIVIL 1476 (PAE)

**JUDGMENT**

Now pending before the Court is defendants' motion to dismiss the amended Complaint for failure to state a claim, under Fed. R. Civ. P. 12(b)(6) and 9(b), and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on March 29, 2016, having rendered its Opinion and Order that plaintiff has failed to state a claim for securities fraud under §§ 10(b) and 20(a) of the Exchange Act, therefore, granting Defendants' motion to dismiss the Amended Complaint, and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2016, that plaintiff has failed to state a claim for securities fraud under §§ 10(b) and 20(a) of the Exchange Act; Defendants' motion to dismiss the Amended Complaint is, therefore, granted and the case is closed.

**Dated:** New York, New York
March 30, 2016

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** ______
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ______